# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 77

In the Interest of P.F., a child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| P.F., a Child, E.F., Father, | Respondents |
| and | |
| S.S., Mother, | Respondent and Appellant |

### No. 20200283

In the Interest of K.F., a child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| K.F., a Child, E.F., Father, | Respondents |
| and | |
| S.S., Mother, | Respondent and Appellant |

### No. 20200284

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable Jay D. Knudson, Judge.

AFFIRMED.

Per Curiam.

Thomas A. Gehrz, Assistant State's Attorney, Grand Forks, ND, for petitioner and appellee; submitted on brief.

Ashley K. Schell, Williston, ND, for respondent and appellant; submitted on brief.

**Interest of P.F. and K.F.**
**Nos. 20200283, 20200284**

**Per Curiam.**

[¶1]   S.S. appeals from a judgment entered by the juvenile court determining her children, P.F. and K.F., to be deprived under N.D.C.C. § 27-20-02(8). On appeal, S.S. argues various circumstances supporting the court's determination P.F. and K.F. are deprived are no longer applicable or will be resolved. S.S. also argues reports regarding the lack of supervisory ability of the children's maternal grandmother, the person with whom the children had been informally placed, should have prompted the court to return the children to S.S.'s care. We conclude the juvenile court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
        Gerald W. VandeWalle
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte

1